IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3312-M

| | | |
|---|---|---|
| LAMARQUIS SMALLWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON SCHEDULING** |
| v. | ) | |
| | ) | |
| CORA MATTOCKS, ET AL., | ) | |
| | ) | |
| Defendants | ) | |

This case comes before the court for entry of a scheduling order. Having reviewed the record,

it is ORDERED as follows:

1. Pursuant to 21-SO-11, the court hereby appoints NCPLS to conduct discovery on plaintiff's behalf.

2. All discovery will be commenced in time to be completed no later than **October 27, 2026**, and NCPLS shall file the Response to Discovery Order, pursuant to 21-SO-11 ¶ 9, upon conclusion of the discovery period.

3. All motions, except those relating to the admissibility of evidence at trial, shall be filed by **November 30, 2026**. Untimely motions may be summarily disregarded.

4. In the event the court finds that a motion raises genuine issues of material fact, a subsequent order will issue scheduling a final pretrial conference and setting the case for trial before United States District Judge Richard E. Meyers II.

5. Requests for modification of the scheduling order that will require a continuance of the trial will be granted only upon a strong showing of due diligence and good cause.

SO ORDERED, this 29th day of June, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge