| | |
|---|---|
| Lamarquis Smallwood<br>PlaintiFF | Motion For Speedy<br>Jury Trial |
| | **FILED**<br>JUL 07 2026<br>PETER A. MOORE, JR., CLERK<br>US DISTRICT COURT, EDNC<br>BY _____ DEP CLK |
| Nurse Mattocks, et al., | |

Pursuant to Civil Case NO, 5:25-CT-03312-M-RJ plaintiFF Files Motion For Speedy trial as requested by DeFendents as part of their deFense/relieF. When Investigation already reveals StaFF did not take proper actions reguarding this incident Through Admistration Remedy procedures wich is Clearly in Discovery. Furthermore When My AIC Level was borderline I was suppose to be Placed on AIC medication at that appropiate time. however I was told i would be but was Not until My AIC was uncontrollable, and Cause Me Kidney disfunction and Vision problems. however plaintiFF Still did not receive Medication until The Warden, Medical director and Regienal director had to be Contacted by Raleigh AFter I notiFy Nurse Carter, Nurse Maddoks and nurse Gilliard everytime the Peel line arrived, They said they would get it Straightened out but did

not Forcing Me to Write Grievences and even Continued to lie through the Grievence process and Also Continue to lie to Attorney According to Notice of Represention I received today. I Complained of vision problems all through the incident and did not go to Eye docter until January 3, 2026 and My eyglasses shold have taken 4 - 6 weeks but Instead It took 4 months after I had to Write grievences wich Giving Rise to This Claim attatched as evidence.

Sincerly

Lamar Smallwod

6/29/26

Lamarquis Smallwod
P.O. Box 215
Maury NC
28554